Maureen Gaughan,
Trustee
PO Box 6729
Chandler, AZ 85246-6729
Telephone: (480) 899-2036

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) CHAPTER 7 |
| | ) |
| AMADOR, NANCY E. | ) CASE NO. 2:10-32578-DPC |
| | ) |
| | ) APPLICATION FOR ORDER FOR |
| | ) PAYMENT OF UNCLAIMED FUNDS |
| | ) U.S. BANKRUPTCY COURT |
| Debtor(s). | ) |

Maureen Gaughan, Trustee, reports that the following dividend checks have been issued

and not presented for payment, and the check was returned to sender as attempted not known-

unable to forward.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 2006 | 02/09/2021 | Nancy E. Amador, debtor<br>1700 N. 103rd Ave., Apt 1103<br>Avondale, AZ 85392 | $7,942.77 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code

directing the Trustee to pay over the amount of $7,942.77 to the Clerk of Court to be deposited in the

Registry thereof.

| April 29, 2021 | /s/Maureen Gaughan |
|---|---|
| DATE | Maureen Gaughan, Trustee |