# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| AMADOR, NANCY E. | ) | CASE NO. 2:10-32578-DPC |
| | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $7,942.77 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

DATED AND SIGNED ABOVE